**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20502-CR-MORENO**

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**JOHANA OZUNA,**

Defendant.

________________________________/

**ORDER OF DISMISSAL**

This matter came before the Court on January 20, 2026 for a hearing on Calendar Call and Change of Plea. At the hearing, the Government advised it was dismissing the Information. Accordingly, it is

**ORDERED AND ADJUDGED** that the Information is **DISMISSED.**

**DONE AND ORDERED** in Miami, Dade County, Florida, this 20th day of January 2026 and signed this 22nd day of January 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: counsel of record